242

[None]

FRANCIS B. HOLMES

v.

HENRY BERTHELET

1811

## JOURNAL ENTRIES

1. Judgment . . . . . . . . . . *Journal, infra,* *p. 356

## PAPERS IN S. C. FILE

1. Copy of district court judgment . . . . . . . . .
2. Summons and return . . . . . . . . . . .
3. Memorandum of district court costs . . . . . . . .

## PAPERS IN D. C. FILE

1. Promissory note; judgment . . . . . . . . . . .